O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR12-601-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| DELTON HARRIS, | ) | |
| Defendant. | ) | |

On June 24, 2013 and July 1, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 17, 2013. Government counsel, Anne Pings, the defendant and his appointed Deputy Federal Public Defender attorney, Richard Goldman, were present. The U.S. Probation Officer, Eddie Lawrence, was also present.

The defendant admits violation of his supervised release, as stated in the Petition filed on June 17, 2013. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on April 13, 2007, and April 28, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, The Court ORDERS defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12) months and one (1) day, with no supervision to follow. Defendant is remanded into custody forthwith (#13257). It is further ordered that the defendant immediately surrender himself, at the conclusion of

today's hearing, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: July 1, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk